UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. RICHARD K. EATON, JUDGE

```
-----------------------------------------------------------x
GA MODEFINE,                                    :

                              Plaintiff,        :

          v.                                    :        Court Nos. 07-00374 et. seq.

UNITED STATES,                                  :           per below schedule

                              Defendant.        :

-----------------------------------------------------------x
```

## ORDER

Upon consideration of plaintiff's consent motion to extend the current stay of scheduled proceedings in the actions identified in this motion, and upon all papers, pleadings, and proceedings herein, it is —

**ORDERED** that plaintiff's motion for an extension of the stay is GRANTED, and it is further

**ORDERED** that the current stays of proceedings in the following actions are extended for a period of 30 days from May 4, 2026, to and including June 3, 2026:

| COURT NO. | CASE NAME |
| --- | --- |
| 07-00374 | GA Modefine v. United States |
| 08-00016 | GA Modefine v. United States |
| 08-00187 | GA Modefine v. United States |
| 08-00417 | GA Modefine v. United States |
| 09-00172 | GA Modefine v. United States |
| 09-00450 | GA Modefine v. United States |
| 10-00124 | GA Modefine v. United States |
| 10-00228 | GA Modefine v. United States |
| 11-00026 | GA Modefine v. United States |

_____
Richard K. Eaton, Judge

Dated:  April__, 2026
        New York, New York

2

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. RICHARD K. EATON, JUDGE

----------------------------------------------------------------x

GA MODEFINE,                                                  :

                               Plaintiff,    :

                  v.                           :          Court Nos. 07-00374 et. seq.
                                               per attached schedule

UNITED STATES,                                                :

                            Defendant.    :

----------------------------------------------------------------x

## CONSENT MOTION TO EXTEND STAY OF PROCEEDINGS

The cases identified in Exhibit 1 to this motion were suspended under Test Case No. 16-00025, which was decided on December 17, 2019, and the judgment order in that case became final on February 16, 2020.  After that case was decided, the parties engaged in negotiations to resolve the cases that had been suspended under the test case.  Those cases were filed on behalf of Trimil S.A., Trimil Corp., and GA Modefine.  The Court issued a stay to permit the parties to resolve these cases consistent with the holding in the test case.  Since that time, the Trimil Corp. cases were abandoned and the Trimil S.A. cases were settled.  The parties are currently close to resolving the stayed GA Modefine cases by means of settlement.

Counsel for defendant has advised plaintiff that while significant progress has been made, an additional level of internal approval must be secured before the settlement can be finalized. Because it will not be possible to secure this final approval prior to the current end of the stay period, a short extension of the stay in these cases is requested.  The parties are hopeful that the settlement of these cases can be finalized within a month.  Accordingly, we respectfully request a 30-day extension of the stays of proceedings in these cases through and including June 3, 2026.

On April 29, 2026, Justin Miller, Esq., counsel for defendant, consented to the filing of this motion and the relief requested.

WHEREFORE, plaintiff respectfully requests an extension of the stay in each case identified on the attached schedule for an additional 30 days through and including June 3, 2026.

Respectfully submitted,

GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
*Attorneys for Plaintiffs*
599 Lexington Avenue, 36th Floor
New York, New York 10022
Tel. (212) 557-4000
JSpraragen@gdlsk.com

By: */s/ Joseph M. Spraragen*
     Joseph M. Spraragen

Dated: April 29, 2026
     New York, New York

2

# EXHIBIT 1

## SCHEDULE OF CASES SUSPENDED UNDER TEST CASE 16-00025

| COURT NO. | CASE NAME |
| --- | --- |
| 07-00374 | GA Modefine v. United States |
| 08-00016 | GA Modefine v. United States |
| 08-00187 | GA Modefine v. United States |
| 08-00417 | GA Modefine v. United States |
| 09-00172 | GA Modefine v. United States |
| 09-00450 | GA Modefine v. United States |
| 10-00124 | GA Modefine v. United States |
| 10-00228 | GA Modefine v. United States |
| 11-00026 | GA Modefine v. United States |

15228446_1